UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TWIN CITY FIRE INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>Vs.<br><br>LUNDBERG, LLC; and PACKAGING CORPORATION OF AMERICA,<br><br>Defendant(s). | CIVIL ACTION NO. 20-CV-1623-JCC<br><br>DECLARATION OF SERVICE OF: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY JUDGMENT; CIVIL COVER SHEET; NOTICE OF ELECTRONIC FILING; TWIN CITY FIRE INSURANCE COMPANY'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND LCR 7.1; ORDER REGARDING DISCOVERY AND DEPOSITIONS. |

STATE OF WASHINGTON
COUNTY OF KING

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 3:55 P.M. on November 12th, 2020, at 1420 Fifth Avenue, Suite 4200, Seattle, Washington, I duly served the above-described documents in the above-described matter upon Lundberg, LLC, by then and there personally delivering a true and correct copy thereof by leaving the same with Allison Burgess, Office Services Lead of LPSL Corporate Services, Inc., its Registered Agent, who stated that she was authorized to accept.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington, on  11/19/20

Process Fee:      12.00
Prep:             125.75
Travel:           28.00
Trace:
Bad Address:
Declaration Fee:  12.00
Special Service:
Wait:

TOTAL  $177.75

MATT NASCIMENTO          KING CO. # 1217202