THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| TWIN CITY FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LUNDBERG, LLC and PACKAGING CORPORATION OF AMERICA,<br><br>Defendants. | No. 2:20-cv-01623-JCC<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>NOTE ON MOTION CALENDAR:<br>December 3, 2020 |

STIPULATED MOTION AND [PROPOSED] ORDER
No. 2:20-cv-01623-JCC

**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA  90071
Telephone:  (213) 576-1000 / Facsimile:  (213) 576-1100

Plaintiff Twin City Fire Insurance Company ("Plaintiff") and Defendant Packaging Corporation of America ("PCA"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff commenced this action by filing a Complaint on November 4, 2020, asserting claims for declaratory relief regarding the duty to defend and duty to indemnify Defendant Lundberg, LLC.

WHEREAS, PCA was served with the Complaint on November 12, 2020, and the deadline for PCA to respond to the Complaint under Federal Rule of Civil Procedure 12(a)(1) is December 3, 2020.

WHEREAS, Federal Rule of Civil Procedure 6(b)(1) authorizes this Court to grant an extension of time to respond to a complaint for good cause shown.  As the Ninth Circuit has recognized, "'[g]ood cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts," and extensions of time "should normally be granted in the absence of bad faith or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010).

WHEREAS, good cause exists for an extension of time for PCA to respond to the Complaint because Plaintiff and PCA believe in good faith that over the course of fourteen (14) days they may be able to reach an agreement regarding the potential dismissal of PCA from this action and therefore avoid the unnecessary time and expense associated with the Court adjudicating a dispositive motion.

WHEREAS, counsel for Plaintiff and PCA will work diligently together in an attempt to resolve this matter.

WHEREFORE, for good cause shown, the parties respectfully request that the Court approve this stipulation and allow PCA an extension of fourteen (14) days from the entry of the Court's Order to file its responsive pleading to the Complaint.

Respectfully submitted this 3rd day of December, 2020.

STIPULATED MOTION AND [PROPOSED] ORDER         1
No. 2:20-cv-01623-JCC

**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA  90071
Telephone:  (213) 576-1000 / Facsimile:  (213) 576-1100

Presented by:

*/s/ Brian C. Hickman*
Brian C. Hickman, WSBA #50089
**GORDON & POLSCER, LLC**
9020 SW Washington Square Rd., Suite 560
Tigard, OR  97223
Telephone:  (503) 242-2922
Facsimile:  (503) 242-1264
Email:  bhickman@gordon-polscer.com

*Attorneys for Plaintiff Twin City Fire Insurance Co.*

*/s/ J. Andrew Howard*
J. Andrew Howard, WSBA #48900
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA   90071
Telephone: (213) 576-1000
Facsimile:  (213) 576-1100
Email:  andy.howard@alston.com

Eric Kuwana *(pro hac vice motion forthcoming)*
**ALSTON & BIRD LLP**
90 Park Avenue, 15th Floor
New York, NY   10016
Telephone:  (212) 210-9400
Facsimile:  (212) 210-9444
Email:  eric.kuwana@alston.com

*Attorneys for Defendant Packaging Corporation of America*

### [PROPOSED] ORDER

The foregoing stipulation for extension of time for PCA to file its responsive pleading to the Complaint is **GRANTED**.

**IT IS SO ORDERED**.

Dated this _____ day of December, 2020.

_____
The Honorable John C. Coughenour
United States District Court Judge

STIPULATED MOTION AND [PROPOSED] ORDER         2
No. 2:20-cv-01623-JCC

**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA   90071
Telephone:  (213) 576-1000 / Facsimile:  (213) 576-1100

**CERTIFICATE OF SERVICE**

I certify that on December 3, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically provide notice to all attorneys of record by electronic means.

I declare under penalty of perjury under the laws of the United States this 3rd day of December, 2020, at Los Angeles, California.

*/s/ J. Andrew Howard*
J. Andrew Howard, WSBA #48900

*Attorneys for Defendant Packaging Corporation of America*

STIPULATED MOTION AND [PROPOSED] ORDER       3
No. 2:20-cv-01623-JCC

**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA   90071
Telephone:  (213) 576-1000 / Facsimile:  (213) 576-1100