THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TWIN CITY FIRE INSURANCE COMPANY,

Plaintiff,

v.

LUNDBERG, LLC and PACKAGING CORPORATION OF AMERICA,

Defendants.

CASE NO. C20-1623 JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend Defendant Packaging Corporation of America's ("PCA") time to respond to Plaintiff's complaint (Dkt. No. 8). Good cause having been shown, the Court hereby GRANTS the parties' motion and EXTENDS PCA's deadline to respond to the complaint by 14 days from the date of entry of this order.

DATED this 4th day of December 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk