THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| TWIN CITY FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LUNDBERG, LLC and PACKAGING CORPORATION OF AMERICA,<br><br>Defendants. | No. 2:20-cv-01623-JCC<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANT PACKAGING CORPORATION OF AMERICA<br><br>NOTE ON MOTION CALENDAR:<br>December 10, 2020 |

STIPULATED MOTION AND [PROPOSED] ORDER
No. 2:20-cv-01623-JCC

**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA  90071
Telephone:  (213) 576-1000 / Facsimile:  (213) 576-1100

Plaintiff Twin City Fire Insurance Company ("Plaintiff") and Defendant Packaging Corporation of America ("PCA"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff commenced this action by filing a Complaint on November 4, 2020, asserting claims for declaratory relief regarding the duty to defend and duty to indemnify Defendant Lundberg, LLC ("Lundberg").

WHEREAS, Plaintiff previously agreed to extend PCA's deadline to respond to the Complaint by fourteen (14) days in order for the parties to potentially resolve this matter.

WHEREAS, on December 4, 2020, the Court granted the parties' Stipulated Motion for Extension of Time, finding good cause for extending the time for PCA to file its responsive pleading to the Complaint.

WHEREAS, Plaintiff has agreed to dismiss PCA from this action, in exchange for PCA's agreement to not contest any ruling in this action regarding Plaintiff's rights, duties, and/or obligations arising out of the commercial general liability insurance policies issued to LDX Solutions and Dustex Holdings, LLC, where Lundberg is a named insured.  (*See* Complaint ¶¶ 37–42.)

WHEREFORE, this matter having been fully compromised between Plaintiff and PCA, the parties respectfully request that the Court enter an Order dismissing PCA from this action with prejudice, with each party to bear its own costs.

Respectfully submitted this 10th day of December, 2020.

Presented by:

*/s/ Brian C. Hickman*
Brian C. Hickman, WSBA #50089
**GORDON & POLSCER, LLC**
9020 SW Washington Square Rd., Suite 560
Tigard, OR  97223
Telephone:  (503) 242-2922
Facsimile:   (503) 242-1264

Email:  bhickman@gordon-polscer.com

*Attorneys for Plaintiff Twin City Fire Insurance Co.*

*/s/ J. Andrew Howard*
J. Andrew Howard, WSBA #48900
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA   90071
Telephone: (213) 576-1000
Facsimile:  (213) 576-1100
Email:  andy.howard@alston.com

Eric Kuwana *(pro hac vice motion forthcoming)*
**ALSTON & BIRD LLP**
90 Park Avenue, 15th Floor
New York, NY  10016
Telephone:  (212) 210-9400
Facsimile:   (212) 210-9444
Email: eric.kuwana@alston.com

*Attorneys for Defendant Packaging Corporation of America*

### [PROPOSED] ORDER

The foregoing Stipulated Motion for Dismissal of Defendant Packaging Corporation of America is **GRANTED**.

**IT IS SO ORDERED**.

Dated this ____ day of December, 2020.

The Honorable John C. Coughenour
United States District Court Judge

**CERTIFICATE OF SERVICE**

I certify that on December 10, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically provide notice to all attorneys of record by electronic means.

I declare under penalty of perjury under the laws of the United States this 10th day of December, 2020, at Los Angeles, California.

> */s/ J. Andrew Howard*
> J. Andrew Howard, WSBA #48900
>
> *Attorneys for Defendant Packaging Corporation of America*