THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TWIN CITY FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LUNDBERG, LLC and PACKAGING CORPORATION OF AMERICA,<br><br>Defendants. | CASE NO. C20-1623-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion to dismiss Defendant Packaging Corporation of America (Dkt. No. 14). The motion is GRANTED. It is hereby ORDERED that all claims alleged against Defendant Packaging Corporation of America shall be DISMISSED with prejudice with each party to bear its own costs. This dismissal shall have no effect on Plaintiff's claims against Lundberg, LLC.

DATED this 11th day of December 2020.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE