|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | UNITED STATES DISTRICT COURT |
|   | WESTERN DISTRICT OF WASHINGTON |
| 6 | AT SEATTLE |

TWIN CITY FIRE INSURANCE COMPANY,

                Plaintiff(s),

   v.

LUNDBERG LLC et al.,

                Defendant(s).

CASE NO. 2:20−cv−01623−JCC

CIVIL TRIAL SCHEDULING ORDER

    Pursuant to the parties' joint status report, the Court issues the following scheduling order. Case management dates are established as follows: 5 Day Estimate Jury Trial is set for May 16, 2022 at 9:30 AM in Courtroom 16206 before U.S. District Judge John C. Coughenour. The proposed pretrial order is due by May 6, 2022. Trial briefs and proposed voir dire/jury instructions are due by May 12, 2022. Pleading amendments and third−party actions are due by August 30, 2021. The 39.1 Mediation shall be completed by January 31, 2022. The discovery cutoff is January 18, 2022, and the dispositive motion deadline is February 15, 2022. All discovery − including expert disclosures and all fact and expert depositions − must be completed by the discovery cutoff date.

    Jury instructions must be numbered sequentially. Counsel should submit two copies of proposed jury instructions, one with citations and one without, and should send electronic copies of the instructions to the chambers orders inbox at coughenourorders@wawd.uscourts.gov. Counsel are advised that the Court relies primarily upon the Ninth Circuit *Manual for Model Jury Instructions* to prepare final instructions for submission to the jury.

    Counsel are advised that this case is one of several cases set for the week described above. Counsel must be prepared to commence trial as scheduled but also be aware that the trial may have to be continued. Counsel are directed to contact the Courtroom Deputy Clerk at gabriel_traber@wawd.uscourts.gov two to four weeks in advance of the trial date to inquire about the Court's calendar.

    Counsel must attend Courtroom Technology Training at least one month in advance of the trial to become familiar with the new A/V equipment now available in the courtroom. Training is held at 3:00 PM on the 1st and 3rd Wednesday of each month.

DATED:   March 16, 2021

CIVIL TRIAL SCHEDULING ORDER − Page 1