THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TWIN CITY FIRE INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> LUNDBERG, LLC, <br><br> Defendant. | Case No. 2:20-cv-01623-JCC <br><br> [~~PROPOSED~~] ORDER SETTING A BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT ON THE DUTY TO DEFEND |

Pursuant to the parties' Stipulation (Dkt. No. 25), and good cause appearing therefor, the Court orders that the briefing schedule for the parties' cross-motions for partial summary judgment on the duty to defend shall be as follows:

- Defendant Lundberg, LLC shall file its cross-motion for summary judgment by October 19, 2021 and shall note the motion for November 12, 2021.
- The parties shall file their respective opposition briefs by November 2, 2021.
- The parties shall file their respective reply briefs by November 12, 2021.
- The Clerk is DIRECTED to renote Docket Number 24 to November 12, 2021.

IT IS SO ORDERED this 14th day of October 2021.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER SETTING BRIEFING
SCHEDULE FOR CROSS-MOTIONS FOR
PARTIAL SUMMARY JUDGMENT
(2:20-cv-01623-JCC) - 1
251608.0078/8725127.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107