**THE HONORABLE JOHN C. COUGHENOUR**
**NOTING DATE: DECEMBER 8, 2021**

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TWIN CITY FIRE INSURANCE COMPANY, | NO. 2:20-cv-01623-JCC |
| Plaintiff, | JOINT MOTION TO CONTINUE DATES IN CIVIL TRIAL SCHEDULING ORDER |
| v. | |
| LUNDBERG, LLC, | NOTE ON MOTION CALENDAR: DECEMBER 8, 2021 [SAME DAY MOTION] |
| Defendant. | |

## MOTION

Pursuant to Fed. R. Civ. P. 6(b) and 16(b)(4), and LCR 16 (b)(6), plaintiff Twin City Fire Insurance Company and defendant Lundberg, LLC (collectively "parties") stipulate to this Joint Motion for an Order continuing case management dates assigned to this action in the Civil Trial Scheduling Order dated March 16, 2021. Dkt. 23.

## MEMORANDUM

The parties have previously advised the court that this case will not be ready for trial until resolution of the underlying action, which is captioned *Packaging Corporation of America v. Lundberg, LLC*, No. 19-2-28930-9 SEA (Wash. Sup. Ct. King Cty.). The parties continue to agree that the question of whether and to what extent plaintiff has any indemnity obligation with respect to the underlying action cannot be resolved until the underlying action has been resolved.

JOINT MOTION TO CONTINUE DATES IN CIVIL
TRIAL SCHEDULING ORDER - 1
2:20-cv-01623-JCC

**GORDON & POLSCER, L.L.C.**
9020 SW Washington Square Rd., Suite 560
Tigard, OR 97223
(503) 242-2922

1   At the time of this court's issuance of the Civil Trial Scheduling Order setting the trial for this

2   action for May 16, 2022, the trial of the underlying action was set to begin on October 25, 2021.

3   On October 22, 2021, the King County Superior Court issued an order continuing the trial of that

4   underlying action to May 2, 2022.  Accordingly, and due to the potential need to conduct

5   discovery following resolution of the underlying action, the parties respectfully request that trial

6   in this matter be continued and re-set for no earlier than December 19, 2022, and that other

7   deadlines likewise be continued.

8          The parties respectfully suggest the following changes to the Civil Trial Scheduling

9   Order for this action:

10

| Current Civil Trial Scheduling Order dates | Proposed continued dates |
| --- | --- |
| Discovery cutoff: January 18, 2022 | August 19, 2022 |
| Mediation completed: January 31, 2022 | April 1, 2022 |
| Dispositive motion deadline: February 15, 2022 | September 23, 2022 |
| Proposed pretrial order: May 6, 2022 | December 9, 2022 |
| Trial briefs and proposed voir dire/jury instructions: May 12, 2022 | December 15, 2022 |
| Trial: May 16, 2022 | December 19, 2022 |

19          This motion is brought for good cause as shown herein and not for the purpose of undue

20   delay.

21                                    **CONCLUSION**

22          Because the trial of the underlying action is now set for just two weeks before the trial in

23   this action, and because the parties will need time to conduct discovery and potentially file

24   dispositive motions after the conclusion of the underlying action, the parties jointly respectfully

25   / / /

26   / / /

JOINT MOTION TO CONTINUE DATES IN CIVIL
TRIAL SCHEDULING ORDER - 2
2:20-cv-01623-JCC

request that this court issue an order continuing the case management dates assigned to this

action to accommodate the litigation of this action.

DATED this 8th day of December 2021.

**STIPULATED BY:**

GORDON & POLSCER, L.L.C.                    LANE POWELL PC

By: *s/ Brian C. Hickman*                    By: *s/ Andrew J. Gabel*
    Brian C. Hickman, WSBA No. 50089        Andrew J. Gabel, WSBA No. 39310
    ***bhickman@gordon-polscer.com***           ***gabela@lanepowell.com***

*Attorneys for Plaintiff*                    *Attorneys for Defendant*
*Twin City Insurance Company*                *Lundberg, LLC*

    **IT IS SO ORDERED:**

    DATED this 9th day of December 2021.

    John C. Coughenour
    UNITED STATES DISTRICT JUDGE

JOINT MOTION TO CONTINUE DATES IN CIVIL
TRIAL SCHEDULING ORDER - 3
2:20-cv-01623-JCC