THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TWIN CITY FIRE INSURANCE COMPANY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LUNDBERG LLC,<br><br>　　　　　　　　　　Defendant. | CASE NO. C20-1623-JCC<br><br>ORDER |

This matter comes before the Court *sua sponte*. A hearing on the parties' cross-motions for partial summary judgment is scheduled for January 18, 2022 at 9 a.m. in Courtroom 16206. Since the Court scheduled the hearing, Chief Judge Martinez issued General Order 16-21, requiring that such hearings be continued unless explicitly permitted by the presiding judge for good cause. *See* W.D. Wash. General Order 16-21 (December 30, 2021). This was done in effort to mitigate the public health impacts of the Omicron COVID-19 variant. (*Id.*)

Here, the Court FINDS that such good cause exists. Plaintiff requested oral argument and its motion has been outstanding for almost three months. (*See* Dkt. No. 24 at 1.) Moreover, the matter at issue, Plaintiff's duty to defend Defendant in third-party litigation, remains an urgent issue for which a timely decision is necessary. (*See generally* Dkt. Nos. 24, 27.) Therefore, the hearing will proceed as planned at 9 a.m. in Courtroom 16206 on January 18, 2022.

//

1 | DATED this 3rd day of January 2021.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE